Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | DOCKET NO: 6:07-mj-216-WMW |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| MARTIN FRED KNAUSS, | |
| Defendant. | |

    Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice. The defendant passed away May 17, 2008.

Dated:  July 24, 2014                    NATIONAL PARK SERVICE

                                                 /S/ Matthew McNease
                                                Matthew McNease
                                                Acting Legal Officer

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Martin Knauss*, 6:07-mj-216-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   July 25, 2014            /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE